UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ku S.,

        Plaintiff,

Case No. 20-cv-894 PJS/ECW

v.

**ORDER**

Secretary Homeland Security et al,

        Defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 15, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Petitioner Ku S.'s Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1) is **DENIED AS MOOT**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/11/21

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States District Judge